# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| DAINE ANTON CRAWLEY,<br><br>　　Petitioner<br><br>v.<br><br>SHERIFF JOE LOMBARDO, et al.,<br><br>　　Respondent | Case No.: 2:20-cv-00660-JAD-EJY<br><br>**Order Denying Application to Proceed *in Forma Pauperis* and Dismissing Action**<br><br>[ECF No. 1, 1-1] |

Petitioner Daine Anton Crawley brings this habeas corpus petition under 28 U.S.C. § 2254, seeking relief from his judgment of conviction of carrying a concealed firearm or other deadly weapon.[1] The clerk of the court sent Crawley an advisory letter upon commencement of the action.[2] This letter was returned in the mail from the Clark County Detention Center with the notation "attempted--not known."[3] The clerk of the court again sent Crawley the advisory letter with an updated identification number.[4] That also was returned in the mail with the notation "attempted--not known."[5] I dismiss this action because Crawley has not informed the court of his current address.[6]

Jurists of reason would not find this decision to be debatable or wrong, and I will not issue a certificate of appealability.

---

[1] ECF No. 1-1.
[2] ECF No. 2.
[3] ECF No. 3.
[4] *Id*.
[5] ECF No. 4.
[6] *See* Local Rule IA 3-1.

Crawley also has filed an application to proceed *in forma pauperis*.[7] I deny this application as moot because I am dismissing the action for Crawley's failure to inform the court of his current address .

IT THEREFORE IS ORDERED that the application to proceed *in forma pauperis* **[ECF No. 1] is DENIED as moot**.

IT FURTHER IS ORDERED that this action **is DISMISSED without prejudice** because petitioner has not informed the court of his current address.

IT FURTHER IS ORDERED that the clerk of the court file the petition for a writ of habeas corpus, currently in the docket at ECF No. 1-1.

IT FURTHER IS ORDERED that that the clerk shall add Aaron Ford, Attorney General for the State of Nevada, as counsel for respondents.

IT FURTHER IS ORDERED that the clerk shall electronically serve upon respondents a copy of this order and the petition.  No response is necessary.

Dated: June 1, 2020

_____
U.S. District Judge

---

[7] ECF No. 1.