UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| DAINE ANTON CRAWLEY, | Case No.: 2:20-cv-00660-JAD-EJY |
| Petitioner | **Order Closing Action** |
| v. | [ECF No. 5, 6] |
| SHERIFF JOE LOMBARDO, et al., | |
| Respondent | |

Following upon the order dismissing this action[1] and the entry of judgment;[2]

IT IS ORDERED that the clerk of the court close this action.

Dated: June 10, 2020

_____
U.S. District Judge Jennifer A. Dorsey

---

[1] ECF No. 5.

[2] ECF No. 6.